460 P.2d 72

**Art FRAZIER and Dale Stoner, Petitioners,**

v.

**The Honorable Edwin L. SWOPE, District Judge in and for the County of Bernalillo, Respondent.**

No. 8901.

Supreme Court of New Mexico.

Oct. 8, 1969.

MOISE, COMPTON, TACKETT and WATSON, Justices, concurring; NOBLE, Chief Justice, being absent and not participating;

Ordered that the alternative writ of mandamus heretofore issued herein on August 28, 1969, be and the same is hereby made permanent.

460 P.2d 72

**The FIRST NATIONAL BANK OF SANTA FE, Applicant,**

v.

**The COMMISSIONER OF REVENUE of the State of New Mexico, Respondent.**

No. 8920.

Supreme Court of New Mexico.

Oct. 15, 1969.

Ordered that application for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 288, 80 N.M. 699, 460 P.2d 64 be and the same is hereby returned to the Clerk of the Court of Appeals.

460 P.2d 72

**Gina ROMERO, by her next friends, Antonio J. Bustos and Dora Bustos, Petitioner,**

v.

**Hon. J. M. SCARBOROUGH, District Judge, and the First Judicial District Court in and for the County of Santa Fe, State of New Mexico, Respondent,**

**John Jasper, Director of the New Mexico Department of Health and Social Services for the State of New Mexico, Real Party in Interest.**

No. 8930.

Supreme Court of New Mexico.

Oct. 17, 1969.

NOBLE, Chief Justice and MOISE, COMPTON, TACKETT and WATSON, Justices, concurring.

Ordered that petition for writ of mandamus be and the same is hereby denied.

460 P.2d 72

**Preston H. COLBY, Relator,**

v.

**John B. McMANUS, Jr., District Judge, Second Judicial District, Division I, Respondent.**

No. 8931.

Supreme Court of New Mexico.

Oct. 22, 1969.

MOISE, COMPTON and TACKETT, Justices, concurring; NOBLE, Chief Justice, and WATSON, Justice, being absent and not participating;

Ordered that the petition for writ of prohibition be and the same is hereby denied.